UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES GROUP, INC., <br><br> Defendant. | Case No.  1:22-cv-01125-ADA-EPG <br><br> ORDER TO FILE MISSING ATTACHMENTS <br><br> (ECF No. 1) |

Before this Court is the notice of removal filed on September 2, 2022, by Defendant American Airlines, Inc. (ECF No. 1). The notice of removal states as follows: "Attached as Exhibit A is a copy of the Complaint, Summons and Notice of Case Management Conference served on August 4, 2022." (*Id.* at 2). However, while there are some attachments to the notice of removal, none are "the Complaint, Summons and Notice of Case Management Conference served on August 4, 2022."

Accordingly, IT IS ORDERED that, by no later than September 13, 2022, Defendant shall file the attachments missing from the notice of removal.

IT IS SO ORDERED.

Dated:  **September 6, 2022**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1