UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES GROUP, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01125-ADA-EPG<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(ECF No. 18) |

　　　　Plaintiff Hussein Ali ("Plaintiff") is proceeding *pro se* in this lawsuit alleging federal civil rights and state law violations against Defendant American Airlines Group, Inc. ("Defendant"). (ECF No. 1.) On September 20, 2022, Defendant filed a motion to dismiss this action for failure to state a claim. (ECF No. 8.) On October 17, 2022, Plaintiff filed objections to the motion to dismiss, and on October 28, 2022, Defendant filed a reply. (ECF Nos. 12, 13.) Defendant's motion to dismiss was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 14.)

　　　　On February 10, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that the Court grant Defendant's motion to dismiss without prejudice. (ECF No. 17 at 12.) The parties had twenty-one days from the date of service of the order to file objections. (*Id.*) No objections were filed. On April 5, 2023, the Court adopted the findings and recommendations

in full and directed Plaintiff to file an amended complaint within thirty days after the entry of the order.  (ECF No. 18 at 2.)  Thirty days have passed, and Plaintiff has failed to file an amended complaint.

Accordingly,

1. This action is dismissed for failure to state a cognizable claim for relief; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 7, 2023

UNITED STATES DISTRICT JUDGE